```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ALPINE WATER TRUCK SERVICE, LLC ) <br> a Limited Liability Company, also ) <br> known as ALPINE WATER TRUCK SERVICE) <br> LLC ) <br> ) <br> Defendant. ) <br> _____ ) | NO. C 05 4811 MMC <br><br><br><br> NOTICE OF <br> <u>VOLUNTARY DISMISSAL</u> |

      Notice is hereby given that plaintiff dismisses the above entitled action without prejudice pursuant to Federal Rule of Civil Procedure 41, and all dates relating to this case should be taken off the Court's calendar including the hearing on a Case Management Conference set for February 24, 2006 at 10:30 a.m. in Courtroom No. 7, 95th Floor, 450 Golden Gate Avenue, San Francisco, CA.

Dated:   February 8, 2006

IT IS SO ORDERED.

Dated: February 8, 2006

                                      ERSKINE & TULLEY

                                      By:/s/Michael J. Carroll
                                          Michael J. Carroll
                                            Attorneys for Plaintiff

<u>NOTICE OF VOLUNTARY DISMISSAL</u>

[Seal: United States District Court, Northern District of California — IT IS SO ORDERED, Judge Maxine M. Chesney]